IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY CONNELLY,         )
                                  )
             Plaintiff,      )
                                  )
v.                                )       No. CIV-05-472-L
                                  )
JO ANNE B. BARNHART,     )
Commissioner, Social Security    )
Administration,            )
                                  )
             Defendant.    )

# O R D E R

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Doyle W. Argo for initial decision. On December 12, 2005, Judge Argo issued a Report and Recommendation recommending that the Commissioner's decision be affirmed.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed. Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should

be adopted in its entirety.   The decision of the Commissioner is therefore AFFIRMED.  Judgment will issue accordingly.

It is so ordered this 18th day of January, 2006.

TIM LEONARD
United States District Judge